IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| Securities and Exchange Commission, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 4:05CV00369-SNL |
| William W. Canfield, | : |
| Defendant. | : |

### ORDER TO DISBURSE FUNDS TO PAY FEES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Unopposed Motion to Disburse Funds to Pay Fees of Tax Administrator, and the supporting Declaration of the Tax Administrator, and for good cause shown,

**HEREBY ORDERS THAT:** $1,516.46 may be disbursed from the Distribution Fund in order to pay the Tax Administrator, Damasco & Associates, for services provided related to the 2006 tax year.

Dated: 9 March 07

UNITED STATES DISTRICT JUDGE